CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ranbaxy Laboratories Limited, Ranbaxy )
Inc., and Ranbaxy Pharmaceutical, Inc. )
                                       )
                                       )
                    Plaintiff          )   Civil Action No._____
            vs                         )
                                       )
Michael O. Leavitt, Department of Health and )
Human Services, Lester M. Crawford, and )
Food and Drug Administration           )
                                       )
                    Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Ranbaxy Labs. Ltd., Ranbaxy Inc., and Ranbaxy Pharm., Inc  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Ranbaxy Labs. Ltd., Ranbaxy Inc., and Ranbaxy Pharm., Inc.  which have any outstanding securities in the hands of the public:

Ranbaxy Labs. Ltd. is a publicly traded company. It does not have any subsidiaries or affiliates that have outstanding securities in the hands of the public. Ranbaxy Inc.'s ultimate parent company, Ranbaxy Labs. Ltd., is a publicly traded company. Ranbaxy Inc. does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public. Ranbaxy Pharm., Inc.'s ultimate parent company, Ranbaxy Labs. Ltd., is a publicly traded company. Ranbaxy Pharm., Inc. does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Kate C. Beardsley* /cms
Signature

416806
BAR IDENTIFICATION NO.

Kate C. Beardsley
Print Name

919 Eighteenth St., N.W. Suite 600
Address

Washington, D.C.   20006
City          State       Zip Code

(202)736-3600
Phone Number