AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/16/05 |
| NAME OF SERVER (PRINT): Dana Glazer-Friedrich | TITLE: Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Lester M. Crawford and Department of Health and Human Services by serving two copies of summons and complaint to Beverly Ellis as person authorized to accept papers.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/05
                Date                        Signature of Server

Address of Server: 919 18th St, N.W. Suite 600
Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.