UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANBAXY LABORATORIES LIMITED, RANBAXY INC., and RANBAXY PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT SECRETARY OF HEALTH AND HUMAN SERVICES <br>  and <br> DEPARTMENT OF HEALTH AND HUMAN SERVICES <br>  and <br> ANDREW C. VON ESCHENBACH, ACTING COMMISSIONER OF FOOD AND DRUGS, <br>  and <br> FOOD AND DRUG ADMINISTRATION, <br><br> Defendants. | CIVIL NO. 05-CV-01838 (RWR) |

**[PROPOSED] ORDER**

Before me is the Unopposed Motion for Scheduling Order of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy"). Having considered the Motion, it is

ORDERED that the motion be GRANTED, and it is

ORDERED that the Federal Defendants file the Administrative Record on or before October 31, 2005, and it is

2

ORDERED that Ranbaxy file its summary judgment motion on or before November 7, 2005, and it is

ORDERED that Federal Defendants file their opposition to Ranbaxy's summary judgment motion and any cross motions on or before December 2, 2005, and it is

ORDERED that Ranbaxy file a reply and any opposition to any cross motions on or before December 12, 2005, and it is

ORDERED that Federal Defendants file a reply to any opposition on or before December 22, 2005, and it is

FURTHER ORDERED that the Federal Defendants' time to respond to the complaint is stayed pending resolution of the dispositive motions.


Dated: _____          _____
       Washington, D.C.          Richard W. Roberts
                                 United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0044


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
William A. Garvin, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600