UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, ) <br> RANBAXY INC., and ) <br> RANBAXY PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT ) <br> SECRETARY OF HEALTH AND HUMAN ) <br> SERVICES ) <br> and ) <br> DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES ) <br> and ) <br> ANDREW C. VON ESCHENBACH, ) <br> ACTING COMMISSIONER OF ) <br> FOOD AND DRUGS, ) <br> and ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 05-CV-01838 (RWR) |

### [PROPOSED] ORDER

Before me is the Unopposed Motion for Scheduling Order of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy"). Having considered the Motion, it is

ORDERED that the motion be GRANTED, and it is

ORDERED that the Federal Defendants file the Administrative Record on or before October 31, 2005, and it is

Case 1:05-cv-01838-RWR    Document 10    Filed 10/27/2005    Page 2 of 2

Case 1:05-cv-01838-RWR    Document 9    Filed 10/13/2005    Page 2 of 3

ORDERED that Ranbaxy file its summary judgment motion on or before November 7, 2005, and it is

ORDERED that Federal Defendants file their opposition to Ranbaxy's summary judgment motion and any cross motions on or before December 2, 2005, and it is

ORDERED that Ranbaxy file a reply and any opposition to any cross motions on or before December 12, 2005, and it is

ORDERED that Federal Defendants file a reply to any opposition on or before December 22, 2005, and it is

FURTHER ORDERED that the Federal Defendants' time to respond to the complaint is stayed pending resolution of the dispositive motions.

Dated: 10/26/05
Washington, D.C.

/s/ Richard W. Roberts
Richard W. Roberts
United States District Judge