UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al., )<br>)<br>Defendants. )<br>_____) | Civ. Case No. 05-1838 (RWR) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Federal defendants hereby file the administrative record in the above-captioned matter. The certified record is being filed with the Clerk, a hard copy is being delivered to the Judge's chambers, and a hard copy is being served on plaintiffs' counsel by overnight delivery. Only this notice is being filed electronically.

Of counsel:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
(301) 827-7138

October 31, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director

DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  (202) 307-0044
Fax: (202) 514-8742

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the administrative record on October 31, 2005, by overnight delivery upon:

Kate C. Beardsley
Carmen M. Shepard
BUC & BEARDSLEY
919 Eighteenth Street, NW, Suite 600
Washington, DC 20006
*Counsel for Plaintiffs*

_____
Drake Cutini