UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and<br>RANBAXY PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF HEALTH AND HUMAN<br>SERVICES,<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br>ANDREW C. VON ESCHENBACH,<br>ACTING COMMISSIONER OF<br>FOOD AND DRUGS,<br>    and<br>FOOD AND DRUG ADMINISTRATION,<br><br>Defendants. | CIVIL NO. 05-CV-01838 (RWR) |

[PLAINTIFFS' PROPOSED] ORDER

Upon consideration of the respective motions for summary judgment filed by the plaintiffs and defendants, the oppositions thereto, and the record as a whole, the Court finds that there is no genuine issue of material fact, that plaintiffs' motion for summary judgment is hereby GRANTED, that defendants' Motion for Summary Judgment is hereby DENIED, and that the Court enters judgment for plaintiffs declaring that (a) the Food and Drug Administration's letter ruling of October 24, 2005, is arbitrary, capricious, and contrary to law and (b) that Ranbaxy is entitled to sole 180-day exclusivity for generic simvastatin 80 mg tablets. The Court further permanently enjoins and prohibits HHS, FDA, Michael O. Leavitt (in his official capacity as Secretary of Health and Human Services), and Andrew C. Von Eschenbach (in his official

capacity as Commissioner of Food and Drugs), and their agents, servants, employees and attorneys, and all persons in active concert with them, from issuing final approval of the ANDA of any applicants for simvastatin 80 mg tablets, until the expiration of Ranbaxy's 180-day exclusivity period for those products.

    SO ORDERED.


Dated: _____                                  _____
       Washington, D.C.                                      Richard W. Roberts
                                                              United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0044

Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
William A. Garvin, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600