UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and<br>RANBAXY PHARMACEUTICALS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF HEALTH AND HUMAN<br>SERVICES,<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br>ANDREW C. VON ESCHENBACH,<br>ACTING COMMISSIONER OF<br>FOOD AND DRUGS,<br>    and<br>FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants. | CIVIL NO. 05-CV-01838 (RWR) |

STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7(h), plaintiffs submit the following material facts as to which there is no genuine issue:

1. Merck & Co. ("Merck") holds the approved New Drug Application No. 19-766 ("NDA") for Zocor® (simvastatin) tablets, 5 mg, 10 mg, 40 mg and 80 mg.

2. Merck submitted U.S. Patent Nos. 4,444,784 (the '784 patent), RE 36481 (the '481 patent) and RE 36520 (the '520 patent) pursuant to Section 505(b)(1) and (c)(2) of the Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. §§ 355(b)(1) and (c)(2), which means that each of these patents claims the drug or use of the drug approved by FDA pursuant to NDA No. 19-766 (Zocor) and that, with respect to each of these patents, a claim of patent

infringement could reasonably be asserted if a person not licensed by the owner engaged in the manufacture, use or sale of Zocor tablets. FDA published these patents in the Approved Drug Products with Therapeutic Equivalence Ratings, a publication known as the Orange Book.

3. In November 2001 Ranbaxy submitted an Abbreviated New Drug Application ("ANDA") pursuant to Section 505(j) of the FDCA, 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and sale of a generic version of Zocor 10 mg, 20 mg, 40 mg and 80 mg.

4. Pursuant to Section 505(j)(2)(A)(vii), 21 U.S.C. § 355(j)(2)(A)(vii), Ranbaxy's ANDA No. 76-285 contained paragraph IV certifications to the '481 and '520 patents and a paragraph III certification to the '784 patent. At the time Ranbaxy filed ANDA No. 76-285, FDA had listed the '784, '481 and '520 patents as claiming Merck's approved simvastatin drug products (Zocor 5 mg, 10 mg, 20 mg, 40 mg and 80 mg).

5. Ranbaxy believes that its ANDA was the first ANDA filed containing a paragraph IV certification to the '481 and the '520 patents for simvastatin 80 mg.

6. Pursuant to Section 505(j)(2)(B), 21 U.S.C. § 355(j)(2)(B), Ranbaxy provided Merck with notice that it had submitted an ANDA for simvastatin 10 mg, 20 mg, 40 mg and 80 mg. Ranbaxy's notice included a detailed statement of the basis of the paragraph IV certification that Ranbaxy's simvastatin tablet formulation would not infringe the '481 or the '520 patents.

7. Merck has not brought an action for the infringement of the '481 or '520 patent against Ranbaxy.

8. By letter dated October 10, 2003, Merck requested that FDA remove the '481 and the '520 patents from the Zocor Orange Book listing.

9. Merck did not provide any explanation of the basis for its request for removal of the '481 patent or the '521 patent from the Orange Book.

10. On September 26, 2003, FDA informed Ranbaxy that it had completed its review of Ranbaxy's NDA for simvastatin tablets and concluded that Ranbaxy's products were safe and effective. FDA granted Ranbaxy a tentative approval, pending the expiration of the '784 patent and associated pediatric exclusivity, which is expected on June 23, 2006.

11. After Ranbaxy received tentative approval, FDA removed the '481 patent and the '520 patent from the Orange Book in September 2004.

12. Following the removal of the patents, Ranbaxy requested that FDA confirm that Ranbaxy's exclusivity rights related to the '481 and '520 patents had not been affected by the removal of the patents and that FDA correct its erroneous removal of the '481 and '520 patents from the Orange Book. In response, FDA's Chief Counsel requested that Ranbaxy file a Citizen Petition.

13. FDA received two Citizen Petitions regarding the removal of the '481 and '520 patents from the Orange Book. IVAX Pharmaceuticals, Inc. ("IVAX") filed a Citizen Petition on Jan. 5, 2005, requesting that FDA reinstate the '481 and '520 patents to the Orange Book, require subsequent ANDAs for simvastatin to contain certifications to these patents, and not approve any ANDA for simvastatin tablets, 5 mg, 10 mg, 20 mg and 40 mg until IVAX's 180-day exclusivity expires.

14. Ranbaxy filed a Citizen Petition on Feb. 1, 2005, requesting that FDA (1) refrain from approval of any ANDA for simvastatin 80 mg tablets until Ranbaxy's 180-exclusivity has

expired and (2) confirm that Ranbaxy's rights to 180-day exclusivity with regard to ANDA No. 76-285 for simvastatin 80 mg have not been affected by FDA's removal of the '481 and '520 patents from the Orange Book. In order to preserve its entitlement, Ranbaxy requested that FDA correct its erroneous removal of these patent listings by reinserting the information in the Orange Book and maintaining the listing until Ranbaxy's term of exclusivity has elapsed.

15. Having received no response to its petition, on September 16, 2005, Ranbaxy filed the complaint in this case.

16. On October 24, 2005, FDA denied Ranbaxy's Citizen Petition.

17. FDA decided that it will not relist the '481 and '520 patents for Zocor, that no applicant will be eligible for 180-day exclusivity as to these patents, and FDA will approve ANDAs for all strengths of simvastatin when they are otherwise eligible for approval under Section 505(j) of the Act, 21 U.S.C. § 355(j).

Respectfully submitted,

*Kate C. Beardsley*
Kate C. Beardsley
D.C. Bar No. 416806
Carmen M. Shepard
D.C. Bar No. 331314
William A. Garvin
D.C. Bar No. 486467

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Ranbaxy

Dated: November 7, 2005

4