**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RANBAXY LABORATORIES LIMITED, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Case No. 05-1838 (RWR) |
| | ) | |
| MICHAEL O. LEAVITT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD

Federal defendants hereby file a supplement to the administrative record in *Ranbaxy Laboratories Ltd. v. Leavitt*, No. 05-1838 (RWR), which includes documents relevant to a related case, *Ivax Pharmaceuticals, Inc. v. Leavitt*, No. 05-2180 (RWR). On November 7, 2005, Ivax sought consolidation of its case with the *Ranbaxy* case, which Ranbaxy and the federal defendants did not oppose. This Court has not yet ruled on that motion. Federal defendants therefore file this supplemental administrative record in the *Ranbaxy* case so that the record will be complete if this Court grants the motion to consolidate. This notice and the supplemental record are being filed electronically.

Of Counsel:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
(301) 827-7138

December 2, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director

DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  (202) 307-0044
Fax:  (202) 514-8742