UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANBAXY LABORATORIES LIMITED, RANBAXY INC., and RANBAXY PHARMACEUTICALS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANDREW C. VON ESCHENBACH, ACTING COMMISIONER OF FOOD AND DRUGS, and FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants. | CIVIL NO. 05-CV-01838 (RWR) |

## [PLAINTIFFS' PROPOSED] ORDER

Before me is the Unopposed Motion for Expedited Decision of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy"). Having considered the Motion, it is

ORDERED that the motion be GRANTED.

Dated: _____
      Washington, D.C.

_____
Richard W. Roberts
United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0044

Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
William A. Garvin, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600