UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. Case No. 05-1838 (RWR) |

### ORDER

Pursuant to the unopposed motion to amend the scheduling order entered by this Court on October 27, 2005, it is hereby

ORDERED that federal defendants file a reply to the oppositions to its summary judgment motion on or before December 30, 2005.

Date: _____

_____
RICHARD W. ROBERTS
United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0044

Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
William A. Garvin, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600