# Attachment A

**Delisted patents from the Rx, OTC, and Disc drug lists are displayed in individual tables below.**

The following search results are a list of patents that have been **DELISTED** from the latest Edition (delistings since Feb 06, 2004) of the Orange Book. Search results display delisted patents from drug products on the **RX** list.

| Appl No | Prod No | Active Ingredient | Proprietary Name | Delisted Patent |
|---|---|---|---|---|
| 021652 | 001 | ABACAVIR SULFATE; LAMIVUDINE | EPZICOM | 6180639 |
| 021205 | 001 | ABACAVIR SULFATE; LAMIVUDINE; ZIDOVUDINE | TRIZIVIR | 6180639*PED |
| 021205 | 001 | ABACAVIR SULFATE; LAMIVUDINE; ZIDOVUDINE | TRIZIVIR | 6180639 |
| 020983 | 001 | ALBUTEROL SULFATE | VENTOLIN HFA | 6251368 |
| 020983 | 001 | ALBUTEROL SULFATE | VENTOLIN HFA | 6170717 |
| 021107 | 002 | ALOSETRON HYDROCHLORIDE | LOTRONEX | 6284770 |
| 021107 | 001 | ALOSETRON HYDROCHLORIDE | LOTRONEX | 6284770 |
| 020883 | 001 | ARGATROBAN | ARGATROBAN | 5925760 |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 5736165 |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6194415*PED |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6465464*PED |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6465464 |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 5736165*PED |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6248741 |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6194415 |
| 021262 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN P | 6248741*PED |
| 020838 | 001 | CANDESARTAN CILEXETIL | ATACAND | 5703110 |
| 020838 | 004 | CANDESARTAN CILEXETIL | ATACAND | 5703110 |
| 020838 | 003 | CANDESARTAN CILEXETIL | ATACAND | 5703110 |
| 020838 | 002 | CANDESARTAN CILEXETIL | ATACAND | 5703110 |

| Appl. No. | Product | Ingredient | Trade Name | Patent No. |
|---|---|---|---|---|
| 020705 | 001 | DELAVIRDINE MESYLATE | RESCRIPTOR | 6177101 |
| 021165 | 001 | DESLORATADINE | CLARINEX | 5595997 |
| 021165 | 001 | DESLORATADINE | CLARINEX | 5595997*PED |
| 021165 | 001 | DESLORATADINE | CLARINEX | 4804666 |
| 021165 | 001 | DESLORATADINE | CLARINEX | 4804666*PED |
| 021312 | 001 | DESLORATADINE | CLARINEX | 5595997 |
| 021312 | 001 | DESLORATADINE | CLARINEX | 4804666 |
| 021312 | 001 | DESLORATADINE | CLARINEX | 5595997*PED |
| 021312 | 001 | DESLORATADINE | CLARINEX | 4804666*PED |
| 021168 | 002 | DIVALPROEX SODIUM | DEPAKOTE ER | 6528091 |
| 010402 | 001 | ESTROGENS, CONJUGATED | PREMARIN | 5210081 |
| 020216 | 001 | ESTROGENS, CONJUGATED | PREMARIN | 5210081 |
| 020527 | 002 | ESTROGENS, CONJUGATED; MEDROXYPROGESTERONE ACETATE | PREMPHASE 14/14 | 5210081 |
| 020527 | 003 | ESTROGENS, CONJUGATED; MEDROXYPROGESTERONE ACETATE | PREMPRO | 5210081 |
| 020527 | 004 | ESTROGENS, CONJUGATED; MEDROXYPROGESTERONE ACETATE | PREMPRO | 5210081 |
| 020527 | 001 | ESTROGENS, CONJUGATED; MEDROXYPROGESTERONE ACETATE | PREMPRO | 5210081 |
| 020527 | 005 | ESTROGENS, CONJUGATED; MEDROXYPROGESTERONE ACETATE | PREMPRO | 5210081 |
| 021077 | 003 | FLUTICASONE PROPIONATE; SALMETEROL XINAFOATE | ADVAIR DISKUS 500/50 | 5290815 |
| 021077 | 001 | FLUTICASONE PROPIONATE; SALMETEROL XINAFOATE | ADVAIR DISKUS 100/50 | 5290815 |
| 021077 | 002 | FLUTICASONE PROPIONATE; SALMETEROL XINAFOATE | ADVAIR DISKUS 250/50 | 5290815 |
| 020564 | 001 | LAMIVUDINE | EPIVIR | 6180639*PED |
| 020564 | 001 | LAMIVUDINE | EPIVIR | 6180639 |

| | | | | |
|---|---|---|---|---|
| 020596 | 001 | LAMIVUDINE | EPIVIR | 6180639 |
| 020596 | 001 | LAMIVUDINE | EPIVIR | 6180639*PED |
| 020857 | 001 | LAMIVUDINE; ZIDOVUDINE | COMBIVIR | 6180639*PED |
| 020857 | 001 | LAMIVUDINE; ZIDOVUDINE | COMBIVIR | 6180639 |
| 021598 | 001 | MOXIFLOXACIN HYDROCHLORIDE | VIGAMOX | 5849752 |
| 021598 | 001 | MOXIFLOXACIN HYDROCHLORIDE | VIGAMOX | 5849752*PED |
| 021009 | 001 | NEDOCROMIL SODIUM | ALOCRIL | 4760072 |
| 020714 | 001 | NICOTINE | NICOTROL | 4917120 |
| 020592 | 006 | OLANZAPINE | ZYPREXA | 5736541 |
| 020592 | 005 | OLANZAPINE | ZYPREXA | 5736541 |
| 020936 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233*PED |
| 020936 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759 |
| 020936 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233 |
| 020936 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759*PED |
| 020031 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |
| 020031 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020031 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020031 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |
| 020031 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |
| 020031 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020031 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |
| 020031 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020031 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020031 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |

| | | | | |
|---|---|---|---|---|
| 020031 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020031 | 003 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |
| 020031 | 005 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |
| 020031 | 005 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020031 | 005 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |
| 020031 | 005 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020710 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020710 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |
| 020710 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |
| 020710 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020936 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233*PED |
| 020936 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759 |
| 020936 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233 |
| 020936 | 001 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759*PED |
| 020936 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759*PED |
| 020936 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233 |
| 020936 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6080759 |
| 020936 | 002 | PAROXETINE HYDROCHLORIDE | PAXIL CR | 6172233*PED |
| 021064 | 001 | PERFLUTREN | DEFINITY | 5527521 |
| 020692 | 001 | SALMETEROL XINAFOATE | SEREVENT | 5290815 |
| 019766 | 004 | SIMVASTATIN | ZOCOR | RE36481 |
| 019766 | 004 | SIMVASTATIN | ZOCOR | RE36520*PED |
| 019766 | 004 | SIMVASTATIN | ZOCOR | RE36520 |
| 019766 | 004 | SIMVASTATIN | ZOCOR | RE36481*PED |
| 019766 | 002 | SIMVASTATIN | ZOCOR | RE36520 |

| 019766 | 002 | SIMVASTATIN | ZOCOR | RE36481*PED |
| 019766 | 002 | SIMVASTATIN | ZOCOR | RE36520*PED |
| 019766 | 002 | SIMVASTATIN | ZOCOR | RE36481 |
| 019766 | 005 | SIMVASTATIN | ZOCOR | RE36520*PED |
| 019766 | 005 | SIMVASTATIN | ZOCOR | RE36481 |
| 019766 | 005 | SIMVASTATIN | ZOCOR | RE36520 |
| 019766 | 005 | SIMVASTATIN | ZOCOR | RE36481*PED |
| 019766 | 003 | SIMVASTATIN | ZOCOR | RE36481 |
| 019766 | 003 | SIMVASTATIN | ZOCOR | RE36481*PED |
| 019766 | 003 | SIMVASTATIN | ZOCOR | RE36520*PED |
| 019766 | 003 | SIMVASTATIN | ZOCOR | RE36520 |
| 019766 | 001 | SIMVASTATIN | ZOCOR | RE36520 |
| 019766 | 001 | SIMVASTATIN | ZOCOR | RE36481 |
| 019766 | 001 | SIMVASTATIN | ZOCOR | RE36520*PED |
| 019766 | 001 | SIMVASTATIN | ZOCOR | RE36481*PED |
| 021356 | 001 | TENOFOVIR DISOPROXIL FUMARATE | VIREAD | 6057305 |
| 021356 | 001 | TENOFOVIR DISOPROXIL FUMARATE | VIREAD | 4808716 |
| 020898 | 001 | THYROTROPIN ALFA | THYROGEN | 5240832 |
| 020898 | 001 | THYROTROPIN ALFA | THYROGEN | 5658760 |
| 020898 | 001 | THYROTROPIN ALFA | THYROGEN | 5674711 |
| 020898 | 001 | THYROTROPIN ALFA | THYROGEN | 5602006 |
| 020898 | 001 | THYROTROPIN ALFA | THYROGEN | 6114144 |
| 021228 | 001 | TOLTERODINE TARTRATE | DETROL LA | 5559269*PED |
| 021228 | 001 | TOLTERODINE TARTRATE | DETROL LA | 5559269 |

| Appl No | Prod No | Active Ingredient | Proprietary Name | Delisted Patent |
|---|---|---|---|---|
| 020771 | 001 | TOLTERODINE TARTRATE | DETROL | 5559269*PED |
| 020771 | 001 | TOLTERODINE TARTRATE | DETROL | 5559269 |
| 020771 | 002 | TOLTERODINE TARTRATE | DETROL | 5559269*PED |
| 020771 | 002 | TOLTERODINE TARTRATE | DETROL | 5559269 |
| 021228 | 002 | TOLTERODINE TARTRATE | DETROL LA | 5559269*PED |
| 021228 | 002 | TOLTERODINE TARTRATE | DETROL LA | 5559269 |
| 021257 | 001 | TRAVOPROST | TRAVATAN | 6235781 |

The following search results are a list of patents that have been **DELISTED** from the latest Edition (delistings since Feb 06, 2004) of the Orange Book. Search results display delisted patents from drug products on the **OTC** list.

| Appl No | Prod No | Active Ingredient | Proprietary Name | Delisted Patent |
|---|---|---|---|---|
| 020325 | 001 | FAMOTIDINE | PEPCID AC | 5667794*PED |
| 020325 | 001 | FAMOTIDINE | PEPCID AC | 5667794 |
| 020902 | 001 | FAMOTIDINE | PEPCID AC (GELTAB) | 5667794 |
| 020902 | 001 | FAMOTIDINE | PEPCID AC (GELTAB) | 5667794*PED |
| 019658 | 002 | LORATADINE | CLARITIN | 4659716*PED |
| 019658 | 002 | LORATADINE | CLARITIN | 4659716 |
| 020641 | 002 | LORATADINE | CLARITIN | 4659716 |
| 020641 | 002 | LORATADINE | CLARITIN | 4659716*PED |
| 020704 | 002 | LORATADINE | CLARITIN REDITABS | 4659716*PED |
| 020704 | 002 | LORATADINE | CLARITIN REDITABS | 4659716 |
| 020470 | 002 | LORATADINE; PSEUDOEPHEDRINE SULFATE | CLARITIN-D 24 HOUR | 5314697*PED |
| 020470 | 002 | LORATADINE; PSEUDOEPHEDRINE SULFATE | CLARITIN-D 24 HOUR | 4659716 |
| 020470 | 002 | LORATADINE; PSEUDOEPHEDRINE SULFATE | CLARITIN-D 24 HOUR | 4659716*PED |
| 020520 | 001 | RANITIDINE HYDROCHLORIDE | ZANTAC 75 | 4880636 |

| Appl No | Prod No | Active Ingredient | Proprietary Name | Delisted Patent |
|---------|---------|-------------------|------------------|-----------------|
| 020520 | 001 | RANITIDINE HYDROCHLORIDE | ZANTAC 75 | 4880636*PED |

The following search results are a list of patents that have been **DELISTED** from the latest Edition (delistings since Feb 06, 2004) of the Orange Book. Search results display delisted patents from drug products on the **DISC** list.

| Appl No | Prod No | Active Ingredient | Proprietary Name | Delisted Patent |
|---------|---------|-------------------|------------------|-----------------|
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6194415*PED |
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6194415 |
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6248741 |
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6465464*PED |
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6465464 |
| 020613 | 001 | BRIMONIDINE TARTRATE | ALPHAGAN | 6248741*PED |
| 019670 | 002 | LORATADINE; PSEUDOEPHEDRINE SULFATE | CLARITIN-D | 4659716 |
| 019670 | 002 | LORATADINE; PSEUDOEPHEDRINE SULFATE | CLARITIN-D | 4659716*PED |
| 020031 | 004 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233*PED |
| 020031 | 004 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759 |
| 020031 | 004 | PAROXETINE HYDROCHLORIDE | PAXIL | 6172233 |
| 020031 | 004 | PAROXETINE HYDROCHLORIDE | PAXIL | 6080759*PED |

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2005
  Patent and Generic Drug Product Data Last Updated: December 09, 2005