UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. case No. OS-1838 (RWR) |

ORDER
[#17]

Pursuant to the unopposed motion to amend the scheduling order entered by this Court on October 27, 2005, it is hereby

ORDERED that federal defendants file a reply to the oppositions to its summary judgment motion on or before December 30, 2005.

Date: 12/15/05

/s/

RICHARD W. ROBERTS
United States District Judge