## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
RANBAXY LABORATORIES LTD.,     )
   et al.,                     )
                              )
         Plaintiff,            )
                              )
      v.                       )     Civil Action No. 05-1838 (RWR)
                              )
MICHAEL O. LEAVITT, et al.,    )
                              )
         Defendants.           )
_____)
                              )
IVAX PHARMACEUTICALS, INC.,    )
                              )
         Plaintiff,            )
                              )
      v.                       )     Civil Action No. 05-2180 (RWR)
                              )
MICHAEL O. LEAVITT, et al.,    )
                              )
         Defendants.           )
_____)
```

### ORDER

It is hereby

ORDERED that the case of *Ranbaxy Laboratories Ltd*. *v*. *Leavitt*, Civil Action No. 05-1838, is consolidated with *IVAX Pharmaceuticals, Inc*. *v*. *Leavitt,* Civil Action No. 05-2180.  It is further

ORDERED that the Clerk's Office is directed to close *IVAX Pharmaceuticals, Inc*. *v*. *Leavitt,* Civil Action No. 05-2180.  It is further

ORDERED that all filings with this Court shall henceforth be

- 2 -

filed only under the case of *Ranbaxy Laboratories Ltd*. *v*.
*Leavitt*, Civil Action No. 05-1838.

SIGNED this 28th day of December, 2005.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge
