UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, et. al.,<br><br>    Defendants. | CIVIL NO. 05-CV-1838 (RWR) |
| IVAX PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, et. al.,<br><br>    Defendants. | CIVIL NO. 05-CV-2180 (RWR) |

## UNOPPOSED MOTION FOR STATUS CONFERENCE

Plaintiffs Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc. (collectively "Ranbaxy") respectfully request that the Court schedule a status conference in this case.

This case involves the question of whether Ranbaxy and IVAX Pharmaceuticals, Inc. ("IVAX") will be entitled to 180-day exclusivity for their generic simvastatin (Zocor) drugs. Cross-motions for summary judgment are pending. Ranbaxy and IVAX also have filed unopposed motions for an expedited decision, because, as explained in their respective motions, both Ranbaxy and IVAX must begin preparations imminently in order to adequately prepare for

launching a generic version of simvastatin in June 2006. IVAX's Unopposed Motion for Expedited Decision, dated Jan. 20, 2006; Ranbaxy's Unopposed Motion for Expedited Decision, dated Dec. 7, 2005.

    Ranbaxy is mindful that the Court's heavy caseload may impair the Court's ability to expedite a decision on the merits. Accordingly, Ranbaxy respectfully requests that a status conference be scheduled, so the parties could discuss, and if possible agree on a schedule for filing and briefing of a motion for preliminary injunction, or other emergency relief, should it become necessary.

    Counsel for the government and IVAX have stated that they do not oppose a status conference.

Respectfully submitted,

Kate C. Beardsley
D.C. Bar No. 416806
Carmen M. Shepard
D.C. Bar No. 331314
Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.

Dated: February 27, 2006