UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANBAXY LABORATORIES LIMITED, et. al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL NO. 05-CV-1838 (RWR) |
| MICHAEL O. LEAVITT, et. al., | ) ) ) | |
| Defendants. | ) ) | |
| IVAX PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO. 05-CV-2180 (RWR) |
| MICHAEL O. LEAVITT, et. al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of the Unopposed Motion for Status Conference filed in this case, it is hereby

ORDERED that a Status Conference is hereby scheduled for _____, 2006, at _____ A.M. (P.M.).

Dated: _____

_____
Richard W. Roberts
United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 307-0044


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600


Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 Thirteenth St., N.W., Suite 1200
Washington, D.C. 20005


Samuel O. Patmore
Jay B. Shapiro
Stearns, Weaver, Miller, Weissler,
Alhadeff & Sitterson, P.A.
150 West Flagler St., Museum Tower
Suite 2200
Miami, FL 33130