UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                 )
**RANBAXY LABORATORIES LTD.,**   )
  **et al.,**                    )
                                 )
    **Plaintiffs,**              )
                                 )
   v.                            )   Civil Action No. 05-1838 (RWR)
                                 )
**MICHAEL O. LEAVITT, et al.,**  )
                                 )
    **Defendants.**              )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiffs' motions for summary judgment be, and hereby, are GRANTED, and defendant's motion for summary judgment be, and hereby is, DENIED. It is hereby

DECLARED that the FDA's decision (Admin. R., Tab 23, FDA's response of October 24, 2005 to the citizen petitions filed by Ranbaxy and IVAX) denying plaintiffs' citizen petition was unlawful. It is further

ORDERED that the decision is remanded to the agency. This is a final, appealable order.

SIGNED this 30th day of April , 2006.

                                                  /s/
                                       RICHARD W. ROBERTS
                                       United States District Judge