UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANBAXY LABORATORIES LIMITED, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 05-1838 (RWR) <br><br> (Consolidated) |
| IVAX PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 05-2180 (RWR) |

**NOTICE OF APPEAL**

The defendants, Secretary of Health and Human Services Michael O. Leavitt, the Department of Health and Human Services, Acting Commissioner of Food and Drugs Andrew C. Von Eschenbach, and the Food and Drug Administration, hereby appeal this Court's Order signed and entered on April 30, 2006, and this Court's Memorandum Opinion signed on April 30, 2006, and entered on May 1, 2006.

RECEIVED

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | /s/ Drake Cutini<br>DRAKE CUTINI |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>(301) 827-8579 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: (202) 307-0044<br>Fax: (202) 514-8742 |

May 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing notice of appeal by first class mail this 24th day of May, 2006, upon the following:

Kate Beardsley
Carmen Shephard
Buc & Beardsley
919 Eighteenth Street, N.W., Suite 600
Washington, D.C. 20006

Douglas Farquhar
Hyman, Phelps & McNamara
700 Thirteenth St., N.W., Suite 1200
Washington, D.C. 20005

Jay Shapiro
Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson
150 West Flager St., Suite 2200
Miami, FL 33130

_____
Drake Cutini