# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 06-5154                                                September Term, 2006

RANBAXY LABORATORIES LIMITED, ET AL.,
                        APPELLEES

v.

MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.,
                        APPELLANTS

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   NOV 1 4 2006

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01838)

Before: GINSBURG, *Chief Judge*, and GRIFFITH and KAVANAUGH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

Per Curiam

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/5/07
BY: [signature]
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]
Michael C. McGrail
Deputy Clerk

Date: November 14, 2006

Opinion for the court filed by Chief Judge Ginsburg.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk